The court incorporates by reference in this paragraph the Judgment set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



**Dated: January 21 2015**

John P. Gustafson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No.: 13-34019 |
| ) | |
| Patrick C. McLane and ) | Chapter 7 |
| Lisa M. Welsh, ) | |
| ) | Adv. Pro. No. 14-3044 |
| Debtors. ) | |
| ) | Judge John P. Gustafson |
| Patrick C. McLane and ) | |
| Lisa M. Welsh, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Elaine Bostater, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum of Decision separately entered by the court on this date and for good cause shown,

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment is hereby entered on the complaint against Defendant Elaine Bostater and in favor of Plaintiffs Patrick C. McLane and Lisa M. Welsh, in the amount of $1,361.85; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, to the extent any funds from the garnishments remain within the Sandusky Municipal Court system; the remaining balance be returned

to Plaintiffs; and

**IT IS FINALLY ORDERED** that each party shall bear their own costs and fees.

###