**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: May 8 2017**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | **Case No.** 13-34019 |
| | ) | |
| Patrick C McLane and | ) | |
| Lisa M Welsh | ) | **Adversary Pro. No.** 14-3044 |
| | ) | |
| Debtor(s) | ) | **Judge John P. Gustafson** |
| | ) | |
| Patrick C McLane | ) | |
| Lisa M Welsh | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| Elaine Bostater | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter comes before the Court upon the Court's own initiative.

On December 22, 2014, a Trial was held in the above captioned adversary proceeding. At the time of the Trial, exhibits were offered by counsel for the Plaintiff and/or Defendant, marked and admitted by the Court.

Pursuant to Local Bankruptcy Rule 9070-1, "When an exhibit is retained in the custody of the Clerk, it shall be removed by counsel within 60 days after entry of final judgment or final

judgment on appeal.  All exhibits not removed by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period."

The Court's record reflects that sixty (60) days have passed since the entry of the final judgment [Doc. #40] on January 21, 2015, and the exhibits have not been removed by counsel.

Accordingly,

**IT IS ORDERED** that Counsel remove their exhibits from the Clerk's Office within **fourteen (14) days** from the date of this order or the Clerk, U.S. Bankruptcy Court will proceed to properly dispose of said exhibits.

###